# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 31, 2019

## NO. 03-19-00684-CV

**Fry Sons Ranch, Inc. and James Andy Fry,
Individually and as Sole Director of Fry Sons Ranch, Inc., Appellants**

**v.**

**Joseph Nathan Fry, Press Allen Fry, and Edward Heath Fry, All Individually and as
Representatives and Majority Shareholders of Fry Sons Ranch, Inc., and as
Beneficiaries of The Press Fry Family Trust, Appellees**

---

**APPEAL FROM THE 33RD DISTRICT COURT OF BURNET COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE KELLY**

---

This is an appeal from the interlocutory order signed by the trial court on September 13, 2019.
Having reviewed the record, the Court holds that appellants have not prosecuted their appeal and
did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the
appeal for want of prosecution. Appellants shall pay all costs relating to this appeal, both in this
Court and in the court below.